JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLESEE,<br><br>                    Plaintiff,<br><br>           v.<br><br>HECTOR OROZCO, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-03528-CJC (SHK)<br><br>**JUDGMENT** |

It is the judgment of this Court that this case is **DISMISSED**, without prejudice, consistent with the Court's Order Dismissing Case and Denying All Pending Applications.

Dated: May 6, 2024

_____
HON. CORMAC J. CARNEY
United States District Judge